**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| GILES COBBINS, individually, and on behalf of all others similarly situated, | ) ) **JURY TRIAL DEMANDED** |
| Plaintiff, | ) ) Cause No. |
| vs. | ) ) REMOVED FROM THE 21ST |
| | ) JUDICIAL CIRCUIT OF ST. |
| UNIFUND CCR PARTNERS, | ) LOUIS COUNTY, MISOSURI |
| Defendant. | ) ) |

**NOTICE OF REMOVAL**

Defendant Unifund CCR Partners ("Defendant"), under 28 U.S.C. §§ 1332, 1441, and 1446, notify this Honorable Court that the above-entitled cause has been removed from the 21st Judicial Circuit Court of St. Louis County, Missouri, and in support of this Notice, states as follows:

1. The above-listed Plaintiff filed suit against Defendant in the Circuit Court of St. Louis County, Missouri, which is within this District. The state court action is styled as set forth in the caption above, and was given the Case No. 22SL-CC01841.

2. The Summons and Petition were served on Defendant on April 11, 2022. A copy of the Summons and Complaint served upon Defendant, including all other relevant state filings, are attached hereto as **Exhibit A**.

3. The Petition seeks relief under the following causes of action: Violations of the Missouri Merchandising Practices Act (Count I); Wrongful Garnishment (Count II); Conversion (Count III); Money Had and Received (Count IV); Unjust Enrichment (Count V); and Declaratory Judgment (Count VI). Defendant denies that Plaintiff is entitled to any of the relief sought in the Petition.

1

4. According to 28 U.S.C. § 1446(b), this Notice of Removal is timely because it was filed within 30 days of the date when Defendant was first served with the Petition.

5. The United States District Court for the Eastern District of Missouri is the federal judicial district encompassing St. Louis County, Missouri. Therefore venue in this district is proper under 28 U.S.C. § 1441(a).

6. Plaintiff is a citizen of Missouri.

7. Defendant is a general partnership with two (2) partners: (1) Credit Card Receivables Fund Incorporated, which is an Ohio corporation with its principal place of business in Ohio; and (2) ZB Limited Partnership, which is a limited partnership with one (1) general partner: ZB/CCR Corp. ZB/CCR Corp. is a Delaware corporation with its principal place of business in New York.

8. Plaintiff and Defendant are of diverse citizenship.

9. As detailed in **Exhibit A**, Plaintiff seeks damages in *excess* of $25,000, including claims that $19,829.21 was wrongfully garnished. Plaintiff further seeks damages for all expenses and costs incurred in this litigation, including his attorney's fees from the original garnishment action (Case No. 217AC-13029-01) and the subsequent appeal (Case No. ED109524). Based upon these allegations, because the amount of damages to be sought by Plaintiff at the trial of this case is reasonably estimated to be in excess of $75,000, exclusive of costs and interest, the amount in controversy criterion is met in order to establish this Court's subject-matter jurisdiction of this case. *See Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 89 (2014) ("[A] defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold.").

10. Accordingly, this Court has original jurisdiction over this action under 28 U.S.C. § 1332. Defendant is, therefore, entitled to remove this action to this Court according to 28 U.S.C. §§ 1332 and 1441.

11. A true and correct copy of this Notice of Removal will be given to all parties and filed with the Clerk of the Circuit Court of St. Louis County, Missouri, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant, Unifund CCR Partners, notifies this Court that this cause has been removed from the Circuit Court of St. Louis County, Missouri, to the United States District Court for the Eastern District of Missouri, according to 28 U.S.C. § 1446.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By:  */s/ Daniel E. Tranen*
Daniel E. Tranen, Esq., #MO48585
John R. Suermann, Jr., Esq., #MO66266
7751 Carondelet Ave, Suite 203
Saint Louis, Missouri 63105
Tel: 618-307-4895
Fax: 618.307-0221
daniel.tranen@wilsonelser.com
john.suermann@wilsonelser.com

*Attorneys for Defendant Unifund CCR Partners*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 11, 2022, the foregoing document was electronically filed with the Clerk of the U.S. District Court, Eastern District of Missouri, by using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: */s/ Daniel E. Tranen*